# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF GEORGIA ATHENS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | |
| : | No. 3:21-CR-12-CAR-CHW |
| JERMAINE HAMM, : | |
| : | |
| Defendant. : | |
| : | |

## ORDER ON UNOPPOSED MOTION TO CONTINUE TRIAL

Before the Court is the Government's Unopposed Motion to Continue [Doc. 33] the pretrial conference in this case presently scheduled for September 22, 2022, and the trial, which is set to begin on October 24, 2022, in Athens, Georgia. On March 9, 2021, the Grand Jury returned an indictment charging Defendant Jermaine Hamm with possession of a firearm by a convicted felon. On September 24, 2021, Defendant was arrested, appointed counsel, pled not guilty at his arraignment, and was released on an unsecured bond. Defendant has since been arrested on additional state charges and is currently detained.

In the Motion, the Government represents that additional time is needed for Defense Counsel to review discovery now that technical issues have been resolved. Having considered the matter, the Court finds it serves the ends of justice to grant the Government's motion. The ends of justice served by granting a continuance outweigh the

interests of Defendant and the public in a speedy trial. Failure to grant a continuance would deny counsel reasonable time to address these matters and could result in the miscarriage of justice.

Thus, the Government's Unopposed Motion to Continue Trial [Doc. 33] is **GRANTED**, and **IT IS HEREBY ORDERED** that this case be continued until the December 5, 2022 term of Court for the Athens Division. The Court expects Defendant to diligently review discovery and to be prepared to plea or go to trial by the December trial term. The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161.

**SO ORDERED,** this 23rd day of August, 2022.

s/ C. Ashley Royal_____
C. ASHLEY ROYAL, SENIOR JUDGE
UNITED STATES DISTRICT COURT
